FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2003

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**PLAINTIFF**
JALISHA FAITH VANDIVER

V.                                                    CASE NUMBER 4-03-CV-00834 GTE

**DEFENDANT(S)**
LITTLE ROCK SCHOOL DISTRICT/
VERNON SMITH JR.

This case assigned to District Judge Eisele
and to Magistrate Judge Forster

## COMPLAINT

1.) Plaintiff's name and address

2.) Defendant(s) name and address

3.) Jurisdiction

4.) Venue

5.) Factual basis for lawsuit

6.) Relief sought (including request for jury trial)

_Jalisha F. Vandiver_
Signature
Jalisha Faith Vandiver
405 N. Rice St. Brinkley, AR 72021
(501) 912-0419

DOCUMENT
NUMBER
_____
JAMES W. McCORMACK
CLERK OF COURT

# COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Request for jury trial

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, **Jalisha Faith Vandiver**, is a citizen of the United States and resides at **405 North Rice St, Brinkley, Monroe County, Arkansas, 72021, (501)912-0419.**

3. Defendant(s), **Little Rock School District/Vernon Smith Junior,** lives at, or its business is located at **810 West Markham St. Little Rock, Pulaski County, Arkansas, 72201, (501)447-1000**

4. Plaintiff was employed by the defendant(s) at **6700 H St. Little Rock, Pulaski County, Arkansas, 72204 (501)447-1900**

5. Defendant(s) discriminated against plaintiff in the manner indicated in paragraphs 9 and 10 of this complaint between **August 28, 2002 and February 27, 2003**

6. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission charging defendant(s) with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about **July 24, 2003**

7. The Equal Employment Opportunity Commission issued a Notice of Right to Sue which was received by plaintiff on **August 4, 2003,** a copy of which notice is attached to this complaint.

8. Because of plaintiff's **(3) sex,** defendant(s): **(d) forced plaintiff to resign in retaliation for plaintiff's refusal to comply with Hall High School Principal Vernon Smith Junior's sexual advances**

1

9. The circumstances under which the defendant(s) discriminated against plaintiff were as follows: **Shortly after beginning teaching at Hall High School (Aug.18, 2002) the principal began to sexually harass me. He told me that I owed him sexual favors in return for his hiring me. I refused his advances, and in late October or early November, I told him that his language and behavior made me very uncomfortable and interfered with my ability to carry out my duty as a teacher. I told him I found his behavior to be inappropriate and asked him to stop. He replied that Hall High School was "his" school, that he could say and do whatever he liked and no one would stop him. He warned me not to speak of this to anyone, saying that he "didn't like troublemakers," and that things could get "difficult" for me. In the following weeks Mr. Smith continued with his harassment of me, making threatening comments about firing me if I did not "pay up." On Dec. 5, 2002, he again made advances, saying he was giving me one last chance to "pay up". He said he was giving me the choice to "pay up" or resign. When I both refused to comply with his advances or his order to resign, he said he had no choice but to recommend me for termination. On Dec. 10,2002, Mr. Smith issued me his letter recommending my termination to the Little Rock School District Superintendent Dr. Kenneth James and the School Board. He gave me this letter in the presence of two assistant principals: Mr. Kenneth D. Moore, and Ms. Judy Zink. On January 15, I was notified of my suspension from my teaching position, and on February 27, 2003, I was forced to resign.**

10. The acts set forth in paragraph 9 of this complaint: **(c) may still be being committed by defendant.**

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff: **(b) Defendant be directed to re-employ plaintiff and (d) that Defendant be directed to remove Vernon Smith Junior from office, as well as remove from office any Little Rock School district officials (Assistant Superintendent Sadie Mitchell, Assistant Superintendent of Secondary Schools Dr. Marion Lacy, and Personnel Director Beverly Williams) who aided and condoned his discrimination and retaliation against plaintiff, and who knowingly allow Mr. Smith to continue unpunished and unchecked in acts of sexual misconduct, discrimination, and retaliation, despite the findings of their own internal investigation** and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees.

*Jalisha Faith Vandiver*
SIGNATURE OF PLAINTIFF
Date: Oct. 19, 2003

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>251-2003-02658 |
|---|---|---|

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>Ms. Jalisha Vandiver | Home Phone No. (Incl Area Code)<br>(501) 912-0419 | Date of Birth<br>10-10-1975 |
|---|---|---|
| Street Address<br>P.O. Box 611 Brinkley, AR 72021 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>Little Rock School District | No. Employees, Members<br>100+ | Phone No. (Include Area Code)<br>(501) 447-1000 |
|---|---|---|
| Street Address<br>810 W. Markham Street Little Rock, AR 72201 | City, State and ZIP Code | |
| Name | No. Employees, Members | Phone No. (Include Area Code) |
| Street Address | City, State and ZIP Code | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-29-2002    Latest: 02-25-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about August 18, 2002, as a English teacher. Since I was hired, I was constantly sexually harassed by the principal. The principal would ask me if I wanted to see his penis size and made other sexual comments about his anatomy. I refused his advances and told him I didn't appreciate him speaking to me in that manner. On December 5, 2002, the principal again made sexual suggestive comments and when I refused, I was asked to resigned. On January 15, 2003, I was suspended. On February 25, 2003, I was forced to resign.

The principal asked me if I wanted to pay up or he would recommend me for termination. Members of management stated that I was recommended for termination for using profanity and squirting water on students.

I believe that I was sexually harassed because of my sex, female and suspended and constructively discharged in retaliation for refusing the principal's advances, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED JUL 2 4 2003

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

EEOC Form 161 (3/98)   **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Jalisha Vandiver<br>Post Office Box 611<br>Brinkley, AR 72021 | From: | Little Rock Area Office<br>820 Louisiana<br>Suite 200<br>Little Rock, AR 72201 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 251-2003-02658 | Tonya Lennox, Investigator | (501) 324-5360 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Kay Klugh /VP*
Kay Klugh, Director

JUL 28 2003
*(Date Mailed)*

Enclosure(s)

cc: Beverly Williams
Human Resource Director
LITTLE ROCK SCHOOL DIST
801 W. Markham Street
Little Rock, AR 72201