UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JALISHA VANDIVER                                                                      PLAINTIFF

v.                              CASE NO. 4:03-CV-00834 GTE

LITTLE ROCK SCHOOL DISTRICT, ET AL.                                 DEFENDANTS

ORDER ON MOTION TO SUBSTITUTE PARTIES

Presently before the Court is Plaintiff's Motion to Substitute Parties of Interest. Plaintiff states that she is currently in the process of petitioning for a Chapter 7 bankruptcy in the Western District of Arkansas, Case No. 5:03-bk-74116. Plaintiff's claim in this case is an asset of the Trustee. Plaintiff's attorney, Michael Hodson was appointed *nunc pro tunc* to represent the bankruptcy Trustee and the Estate of Jalisha F. Vandiver in the matter before this Court. Therefore, Plaintiff moves that the Trustee be substituted as the real party in interest for the Plaintiff in this matter from this point forward. For good cause shown, Plaintiff's motion is granted.

Accordingly,

IT IS THEREFORE ORDERED that Plaintiff's Motion to Substitute Parties of Interest (Docket No. 121) be, and it is hereby, GRANTED. The Clerk is directed to substitute Jill Jacoway, as Trustee of the Estate of Jalisha Faith Vandiver, as Plaintiff in this case.

IT IS SO ORDERED this 27th day of November, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE