UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JALISHA FAITH VANDIVER                                                           PLAINTIFF

v.                                          No. 4:03-CV-00834 GTE

LITTLE ROCK SCHOOL DISTRICT, ET AL                                   DEFENDANTS

## ORDER

    Christopher J. Heller and Tracy Miller are hereby authorized to bring cell phones, laptop computers, or personal digital assistants into the courthouse on the week of May 11, 2009, for a jury trial before Judge G. Thomas Eisele in Courtroom 2A.

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshal Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshal Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

Dated this 7th of May, 2009.

      /s/ G. Thomas Eisele  
UNITED STATES DISTRICT JUDGE