**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JALISHA FAITH VANDIVER**                                                             **PLAINTIFF**

**V.**                                       **NO. 4:03CV00834 GTE**

**LITTLE ROCK SCHOOL DISTRICT, ET AL**                                  **DEFENDANTS**

## JUDGMENT

This action came on for trial on May 11, 2009, before a Jury with the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

The issues having been duly tried and the Jury having returned a Verdict in favor of Defendants on May 14, 2009.

IT IS ORDERED AND ADJUDGED that the Plaintiff, Jasisha Faith Vandiver, have and recover nothing from the Defendants, Little Rock School District, Vernon Smith, Jr. and Marian Lacey, and that the Complaint be and it is hereby dismissed with prejudice. All motions pending as of the date of the Verdict, May 11, 2009, are dismissed as moot.

SO ORDERED this 18th day of May, 2009.

                                                           __/s/Garnett Thomas Eisele_____
                                                           UNITED STATES DISTRICT JUDGE